## FAULK v. STATE.
### No. 25088.

Court of Criminal Appeals of Texas.
Jan. 3, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was charged with the unlawful operation of a motor vehicle upon a public street of the City of Austin while under the influence of intoxicating liquor.

The record is before us without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.